AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>23-8188MB | Date and time warrant executed:<br>4/19/2023 12:11 pm | Copy of warrant and inventory left with:<br>USPS |
| Inventory made in the presence of :<br>POSTAL INSPECTORS HESS AND FIRKIN |||
| Inventory of the property taken and name of any person(s) seized:<br><br>USPS EXPRESS MAIL PARCEL TRACKING NO. EI 591 616 076 US, ADDRESSED TO GRETEL DOMINGUEZ, 9402 SW 77TH AVE L1, MIAMI, FL 33156 WITH A RETURN ADDRESS OF 4126 N. 28TH AVE, PHX, AZ 85017 FOUND TO CONTAIN MISC CLOTHING, TOOLS, FOOD ITEMS, SHOES, COOLER, ETC. NO ITEMS OF CONTRABAND WERE LOCATED OR SEIZED. THE PARCEL AND ALL ITS CONTENTS WERE RETURNED TO THE MAILSTREAM. |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     04/20/2023

*Miranda Garcia*
*Executing officer's signature*

Miranda Garcia/U.S. Postal Inspector
*Printed name and title*